USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/30/09

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

STUART SHERMAN, individually and      :
on behalf of all others similarly
situated,                             :

                Plaintiff,            :

        - against -                   :

MCDERMOTT INTERNATIONAL, INC.,        :
et al.,
                                      :
                Defendants.
                                      :
- - - - - - - - - - - - - - - - - -x

ANITA IMBESI, individually and        :
on behalf of all others similarly
situated,                             :

                Plaintiff,            :

        - against -                   :

MCDERMOTT INTERNATIONAL, INC.,        :
et al.,
                                      :
                Defendants.
                                      :
- - - - - - - - - - - - - - - - - -x

CHATTANOOGA FIRE AND POLICE           :
PENSION FUND, individually and
on behalf of all others similarly     :
situated,
                                      :
                Plaintiff,
                                      :
        - against -
                                      :
MCDERMOTT INTERNATIONAL, INC.,
et al.,                               :

                Defendants.           :
- - - - - - - - - - - - - - - - - -x
```

**ORDER**

08 Civ. 9943 (DC)
08 Civ. 10615 (DC)
09 Civ. 570 (DC)

**CHIN, District Judge**

      A pre-trial conference was held today.  Before the Court were motions to consolidate <u>Sherman v. McDermott</u>

International, Inc. and Imbesi v. McDermott International, Inc. The third action, Chattanooga Fire and Police Pension Fund v. McDermott International, Inc., was filed January 20, 2009 and raises the same questions of law and fact as the other two actions. For the reasons stated on the record, and in light of the fact that no opposition to consolidation of all three cases was raised, it is hereby ordered as follows:

(1) The motion to consolidate is granted, and all three cases shall be consolidated. See Fed. R. Civ. P. 42. As some counsel had not yet reviewed the Chattanooga complaint, any party may move for reconsideration of the consolidation within 10 days hereof;

(2) A Master File is established for this proceeding. The Master File shall be civil action No. 08 Civ. 9943 (DC). The Clerk of the Court shall file all pleadings in the Master File and note such filings on the Master Docket;

(3) Every pleading in the action shall have the following caption:

```
- - - - - - - - - - - - - - - - - - x
IN RE MCDERMOTT INTERNATIONAL,     :   No. 08 Civ. 9943 (DC)
INC. SECURITIES LITIGATION
                                   :
- - - - - - - - - - - - - - - - - -x
```

(4) This order shall apply to each case raising common questions of law and fact that is subsequently filed in this Court, or is transferred to this Court, and is consolidated with this action;

(5) When a case raising common questions of law and fact is hereafter filed in this Court or transferred from another Court, the Clerk of the Court shall:

    (a) File a copy of this order in the separate file for such action;

    (b) Mail a copy of this order to the attorneys for the plaintiff(s) in the newly-filed or transferred case and to any new defendant(s) in the newly-filed or transferred case; and

    (c) Make the appropriate entry in the Master Docket;

(6) Each new case raising common questions of law and fact that is filed in this Court or transferred to this Court shall be consolidated with this action, and this order shall apply thereto. A party may object to consolidation or any provision of this order within 10 days of the date this order is served on the party. Defendants may object to consolidation of any subsequently-filed or transferred action within 10 days of consolidation.

SO ORDERED.

Dated: New York, New York
January 30, 2009

DENNY CHIN
United States District Judge